# EXHIBIT D

```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF TEXAS
 2                          HOUSTON DIVISION

 3

 4   PARALELL SEPARATION            *      15-CV-920
     INNOVATIONS, LLC
 5                                  *      Houston, Texas
     VS.                            *
 6                                  *      2:17 p.m.
     NATIONAL OILWELL VARCO,        *      May 15, 2015
 7   INC.

 8
                          INITIAL CONFERENCE
 9

10              BEFORE THE HONORABLE SIM LAKE
                 UNITED STATES DISTRICT JUDGE
11

12   APPEARANCES:

13   FOR PARALELL SEPARATION INNOVATIONS, LLC:
     John Wesley Raley, III
14   RALEY & BOWICK, LLP
     1800 Augusta, Suite 300
15   Houston, Texas 77057
     713.429.8050
16
     FOR NATIONAL OILWELL VARCO, INC.:
17   Henry Mark Pogorzelski
     COLLINS, EDMONDS, POGORZELSKI, SHLATHER & TOWER, PLLC
18   1616 S. Voss Road, Suite 125
     Houston, Texas 77057
19   713.364.5291

20   Court Reporter:
     Johnny C. Sanchez, RPR, RMR, CRR
21   515 Rusk, #8004
     Houston, Texas 77002
22   713.250.5581

23    Proceedings recorded by mechanical stenography.
     Transcript produced by computer-assisted transcription.
24

25
```

*Johnny C. Sanchez, RMR, CRR - jcscourtreporter@aol.com*

```
                1  though, Your Honor.
                2              THE COURT:  It was suggested that this Court is
                3  far too liberal in allowing disputed terms and the clients
                4  think the lawyers are charging the clients too much because
    02:27:53    5  I allow too many terms to be litigated.  So I'm going to
                6  have no more than five disputed terms.
                7              MR. POGORZELSKI:  Okay.
                8              THE COURT:  Now, with that in mind, normally, a
                9  Markman hearing doesn't take more than about two hours.  Do
    02:28:10   10  you envision this hearing taking more than one afternoon?
               11              MR. POGORZELSKI:  No, Your Honor.
               12              MR. BOWICK:  No, Your Honor.  The only question
               13  I have is if the Court would want a technical tutorial.
               14              THE COURT:  Yes.  I'm not an engineer by
    02:28:24  15  training.  I'd like the tech tutorial to be submitted
               16  before the Markman hearing.  What I normally do, the
               17  parties either submit it.  Most of the time they just give
               18  me a little video clip that I can play, 10 or 15 minutes.
               19  And then have an expert in the court in case I have any
    02:28:45  20  questions.  That's the way I normally do it.  And then I
               21  normally don't hear evidence unless it's needed.  Normally,
               22  I let the lawyers argue.  If I have a question the lawyers
               23  can't answer, I'll ask the technical expert.
               24              I like to read the tutorial before the
    02:29:01  25  Markman hearing so I can think about the issues and try to
```

```
                1  otherwise.  So don't rely on some glimmer of hope as to a
                2  some future ruling as a basis for not preparing for the
                3  Markman hearing.
                4              MR. RALEY:  Understood, Your Honor.
02:37:54        5              MR. POGORZELSKI:  Yes, Your Honor.
                6              THE COURT:  Thank you.  You're excused.  Have a
                7  good weekend.
                8              MR. BOWICK:  Thank you, Your Honor.
                9              THE COURT:  I'm going to sit here awhile.  You
02:38:00       10  don't need to -- you can go about your business.
               11              (Recessed at 2:38 p.m.)
               12                  COURT REPORTER'S CERTIFICATE
               13
               14  I, Johnny C. Sanchez, certify that the foregoing is a
               15  correct transcript from the record of proceedings in the
               16  above-entitled matter.
               17
                                                  /s/
               18                                 _____
                                                  Johnny C. Sanchez, CRR, RMR
               19
               20
               21
               22
               23
               24
               25
```